1 | ROBERT W. FREEMAN
Nevada Bar No. 3062
2 | GREGORY S. BEAN
Nevada Bar No. 12694
3 | LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
4 | Las Vegas, Nevada 89118
702.893.3383
5 | FAX: 702.893.3789
        Attorneys for Defendants
6 |        Las Vegas Metropolitan Police
        Department, Detective Reggie Rader
7 |        and Lt. Bobby Smith

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

10

**\*\*\***

11

JAMES KIESSLING,                               CASE NO. 2:16-cv-0690-GMN-NJK

12

        Plaintiff,                                    **DEFENDANTS LAS VEGAS**
                                             **METROPOLITAN POLICE**
13

        vs.                                       **DEPARTMENT, DETECTIVE REGGIE**
                                             **RADER AND LT. BOBBY SMITH**
14

DET. RADER P#6099, individually and as a         **STIPULATION AND ORDER FOR**
police officer employed by the Las Vegas         **EXTENSION OF TIME TO FILE A**
15 | Metropolitan Police Department; LT. B.            **RESPONSE TO PLAINTIFF'S**
SMITH, individually and as a police officer        **COMPLAINT**
16 | employed by the Las Vegas Metropolitan
Police Department; and LAS VEGAS
17 | METROPOLITIAN POLICE
DEPARTMENT, a Political Subdivision of the
18 | State of Nevada, inclusive,

19

        Defendants.

20

21 |        COME NOW, the parties, by and through their undersigned counsel of record and hereby

22 | stipulate and agree that the time for Defendants Las Vegas Metropolitan Police Department,

23 | Detective Reggie Rader and Lt. Bobby Smith to file their response to Plaintiffs' Complaint, said

24 | responses being due on April 20, 2016 and April 27, 2016, be extended until May 20, 2016.

25 | …

26 | …

27 | …

28 | …

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4811-8907-7552.1

1

**Reason for Extension**

2        Because of the complexity of the claims made in Plaintiff's Complaint, Defendants need

3  additional time to perform an investigation prior to filing a responsive pleading.  This stipulation

4  is made in good faith and not for the purpose of delay.  This is the first extension of time requested

5  by counsel for filing Defendants response to Plaintiff's Complaint.

6

Dated this 20<u>th</u> day of April, 2016.        Dated this 20<u>th</u> day of April, 2016.

7

8  LEWIS BRISBOIS BISGAARD & SMITH LLP   GENTILE CRISTALLI MILLER ARMENI SAVARESE

9  <u>/s/ Robert W. Freeman</u>           <u>/s/Paolo M. Armeni</u>
     Robert W. Freeman, Esq.         Paola M. Armeni, Esq.

10  Nevada Bar No. 3062           Nevada Bar No. 8357
     Gregory S. Bean, Esq.          Kory L. Kaplan, Esq.

11  Nevada Bar No. 12694          Nevada Bar No. 13164
     6385 S. Rainbow Blvd., Suite 600    410 S. Rampart Blvd., Suite 420

12  Las Vegas, Nevada 89118       Las Vegas, Nevada 89145
     *Attorney for Defendants*         *Attorneys for Plaintiff*

13

14

15

**ORDER**

16        IT IS SO ORDERED.

17        Dated this <u>21</u> day of _____April_____, 2016.

18

19                                _____

20                            U.S. DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4811-8907-7552.1