# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES KIESSLING,<br><br>             Plaintiff(s),<br><br>vs.<br><br>DET. RADER P#6099, et al.,<br><br>             Defendant(s). | Case No. 2:16-cv-00690-GMN-NJK<br><br>ORDER |

      Pending before the Court is the parties' stipulated discovery plan, Docket No. 14, which is hereby **DENIED**. *See* Local Rule 26-1(b)(7)-(9) (effective May 1, 2016). Counsel shall consult the new local rules, and file a discovery plan that conforms thereto by no later than June 17, 2016.

      IT IS SO ORDERED.

      DATED: June 13, 2016

                                                    NANCY J. KOPPE<br>                                                    United States Magistrate Judge