# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES KIESSLING,

    Plaintiff(s),

vs.

DET. RADER P#6099, et al.,

    Defendant(s).

Case No. 2:16-cv-00690-GMN-NJK

ORDER

(Docket No. 18)

Pending before the Court is a stipulation to extend various deadlines in the scheduling order by 90 days. Docket No. 18. Good cause has not been shown for a 90-day extension, but the Court finds sufficient cause to extend the subject deadlines by 30 days. Accordingly, the stipulation is **GRANTED** in part and **DENIED** in part, and the deadlines are extended as follows:

- Amend pleadings/ add parties: Closed
- Initial experts: October 19, 2016
- Interim status report: October 19, 2016
- Rebuttal experts: November 16, 2016
- Discovery cutoff: December 16, 2016
- Dispositive motions: January 17, 2017
- Joint proposed pretrial order: February 15, 2017

IT IS SO ORDERED.

DATED: August 26, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge