1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES KIESSLING, | ) | Case No. 2:16-cv-00690-GMN-NJK |
| | ) | |
| Plaintiff(s), | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| DET. RADER P#6099, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is a motion to compel discovery filed by Plaintiff on an emergency basis. Docket No. 26. Due to conflicting duties of the Court, the hearing set on that motion for January 25, 2017, is hereby **VACATED**. That hearing will be reset in the event the Court determines one is necessary.

IT IS SO ORDERED.

DATED: January 19, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge