UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES KIESSLING,<br><br>                       Plaintiff(s),<br><br>vs.<br><br>DET. RADER P#6099, et al.,<br><br>                       Defendant(s). | Case No. 2:16-cv-00690-GMN-NJK<br><br>ORDER<br><br>(Docket No. 41) |

Plaintiff filed a deposition subpoena. Docket No. 41. Discovery-related documents are not to be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** the document filed at Docket No. 41 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: March 30, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge