ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
NOEL E. EIDSMORE
Nevada Bar No. 7688
Noel.Eidsmore@lewisbrisbois.com
CAYLA WITTY
Nevada Bar No. 12897
Cayla.Witty@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Defendants
Las Vegas Metropolitan Police
Department, Detective Reggie Rader
and Lt. Bobby Smith

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| JAMES KIESSLING,<br><br>    Plaintiff,<br><br>vs.<br><br>DET. RADER P#6099, individually and as a police officer employed by the Las Vegas Metropolitan Police Department; LT. B. SMITH, individually and as a police officer employed by the Las Vegas Metropolitan Police Department; and LAS VEGAS METROPOLITIAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada, inclusive,<br><br>    Defendants. | CASE NO. 2:16-cv-0690-GMN-NJK<br><br>**PROPOSED STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR DISPOSITIVE MOTIONS**<br><br>**FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file dispositive motions in the above-captioned case thirty (30) days, up to and including June 1, 2017.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

/ / /

4821-6747-6294.1

Counsel for Defendant has been in out of state depositions in other matters (and has more scheduled) for part of April, and needs additional time to complete Defendant's motion for summary judgment in this matter. The parties are also awaiting decisions regarding discovery matters in this case.

Counsel for the parties have met and conferred on this topic and have agreed that, to best serve the interests of the parties and obviate the potential for future motion practice, the most efficient remedy is to reasonably extend the dispositive motion deadline for both parties.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their dispositive motions by thirty (30) days from the current deadline of May 1, 2017 up to and including June 1, 2017.

| | |
|---|---|
| DATED this 17th day of April, 2017. | DATED this 17th day of April, 2017. |
| LEWIS BRISBOIS BISGAARD & SMITH | GENTILE CRISTALLI, MILLER ARMENI, SAVARESE |
| /s/ Robert W. Freeman | /s/ Paola M. Armeni |
| Robert W. Freeman, Jr., Esq.<br>Nevada Bar No. 3062<br>Noel E. Eidsmore, Esq.<br>Nevada Bar No. 7688<br>Cayla Witty, Esq.<br>Nevada Bar No. 12897<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants*<br>*Las Vegas Metropolitan Police Department,*<br>*Detective Reggie Rader*<br>*and Lt. Bobby Smith* | Paola M. Armeni, Esq.<br>Nevada Bar No. 8357<br>Kory L. Kaplan<br>Nevada Bar No. 13164<br>410 S. Rampart Blvd., Suite 420<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiff*<br>*James Kiessling* |

**ORDER**

IT IS SO ORDERED.

Dated April 17 _____, 2017.

_____
United States Magistrate Judge

4821-6747-6294.1      2