GENTILE CRISTALLI
MILLER ARMENI SAVARESE
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@gcmaslaw.com
KORY L. KAPLAN
Nevada Bar No. 13164
Email: kkaplan@gcmaslaw.com
410 South Rampart Boulevard, Suite 420
Las Vegas, NV 89145
Phone: (702) 880-0000
Fax: (702) 778-9709
Attorneys for Plaintiff, James Kiessling

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES KIESSLING,<br><br>    Plaintiff,<br><br>vs.<br><br>DET. RADER P#6099. individually and as a police officer employed by the Las Vegas Metropolitan Police Department; LT. B. SMITH, individually and as a police officer employed by the Las Vegas Metropolitan Police Department; and LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada, inclusive,<br><br>    Defendants, | CASE NO. 2:16-cv-00690-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF JAMES KIESSLING TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

  Plaintiff, James Kiessling ("Mr. Kiessling"), by and through his counsel, Paola M. Armeni, Esq., and Kory L. Kaplan, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese, and Defendants, Las Vegas Metropolitan Police Department, Sgt. Reggie Rader, and former Lt. Bobby Smith ("Defendants"), by and through their counsel of record, Robert W. Freeman, Jr., Noel E. Eidsmore, Esq., and Cayla Witty, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith, LLP, hereby stipulate to extend the current deadline of June 22, 2017 to June 28, 2017, for Mr. Kiessling to respond to Defendants' Motion for Summary Judgment, filed on June 1, 2017 [DKT 52].

  This request for an extension of time is made to accommodate the scheduling needs of Mr. Kiessling's counsel, who has several professional commitments outside of the office that were scheduled prior to the filing of Defendants' Motion for Summary Judgment. The parties have

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, NV 89145
(702) 880-0000

agreed, subject to the Court's approval, to this short extension of the deadline.

This is the first request for an extension of time to respond to the Defendants' Motion for Summary Judgment. This request is made in good faith and not for the purpose of delay.

| Dated the 21st day of June, 2017. | Dated the 21st day of June, 2017. |
|---|---|
| GENTILE CRISTALLI<br>MILLER ARMENI SAVARESE<br><br>/s/Paola M. Armeni<br>PAOLA M. ARMENI, ESQ.<br>Nevada Bar No.: 8357<br>KORY L. KAPLAN, ESQ.<br>Nevada Bar No.: 13164<br>410 South Rampart Boulevard, Suite 420<br>Las Vegas, Nevada 89145<br>Attorneys for Plaintiff | LEWIS BRISBOIS BISGAARD & SMITH, LLP<br><br>/s/Robert W. Freeman<br>ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No.: 3062<br>NOEL E. EIDSMORE, ESQ.<br>Nevada Bar No.: 7688<br>CAYLA WITTY, ESQ.<br>Nevada Bar No.: 12897<br>6385 South Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Attorneys for Defendants |

**IT IS SO ORDERED.**

Dated: June __22__, 2017

_____
UNITED STATED DISTRICT JUDGE
Case No.: 2:16-cv-00690-GMN-NJK